# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA
                                                             Plaintiff,

v.                                                                                   Case No.: 1:21−cr−00345
                                                                                        Honorable John F. Kness

Timothy Mapes
                                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 21, 2022:

      MINUTE entry before the Honorable John F. Kness as to Timothy Mapes: By agreement of the parties, this case is set for a three−week jury trial on 8/7/2023 at 09:00 AM. Pretrial conference set for 7/25/2023 at 01:30 PM. Mailed notice (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.